**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000642
17-APR-2020
09:46 AM**

NO. CAAP-19-0000642

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RHEA RUIZ GALOLO, now known as RHEA RUIZ DUNN,
Plaintiff-Appellant, v.
DENNIS CANTA GALOLO, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 14-1-0543)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of the "Proposed Stipulated Agreement to All Matters On Appeal and to Dismiss Appeal; Order," filed March 23, 2020, by Plaintiff-Appellant Rhea Ruiz Dunn (Dunn), which the court construes as a motion to dismiss the appeal, the papers in support, and the record, it appears that: (1) the appeal has not been docketed; (2) Dunn seeks to dismiss the appeal based on a stipulated agreement executed by the parties and their counsel; (3) the parties have agreed in the stipulated agreement, *inter alia*, to waive any claims for attorney's fees or costs related to this appeal; and

(4) dismissal of the appeal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.  The parties shall bear their own attorney's fees and costs.

DATED:  Honolulu, Hawaiʻi, April 17, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge